## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| CRISTOPHER BULTEN | ) |
| Plaintiff, | ) LAW NO. |
| vs. | ) |
| WALMART INC., and WAL-MART REAL ESTATE BUSINESS TRUST, | ) **PETITION AT LAW AND JURY DEMAND** |
| Defendants. | ) |

THE PLAINTIFF, for his cause of action against Defendants, states as follows:

### COMMON ALLEGATIONS

1. At all times material hereto, Plaintiff Cristopher Bulten was a resident of North Liberty, in Johnson County, Iowa.

2. At all times material hereto, Defendant Walmart, Inc. was a company doing business in Coralville, Johnson County, Iowa.

3. At all times material hereto, Defendant Wal-Mart Real Estate Business Trust owned the property at 2801 Commerce Drive, Coralville, Iowa 52241 operating as a Walmart Supercenter.

4. Defendants Walmart, Inc. and Wal-Mart Real Estate Business Trust (herein collectively referred to as Walmart) are required to maintain all property in a manner that is safe for invitees, including customers.

5. On or about August 3, 2022, Plaintiff Cristopher Bulten was walking into the Walmart Supercenter located at 2801 Commerce Drive, Coralville, Iowa 52241.

6. At the same time and place, the weather had been raining from around 9:00 a.m. to 1:00 p.m.

7. At the same time and place, as Plaintiff entered the building, the entryway did not have any rugs or other anti-slip devices. Plaintiff slipped on the wet floor and fell, causing him injuries.

8. The amount in controversy exceeds the jurisdictional minimums.

### COUNT I – NEGLIGENCE

Plaintiff Cristopher Bulten, for his cause of action against Defendant Walmart, states as follows:

9. Plaintiff repleads paragraphs 1 through 8 as if fully set forth herein.

9. Defendant Walmart and its agents and employees' negligence was a cause of the incident in which Plaintiff was injured.

10. Defendant Walmart and its agents and employees' negligence was a cause of the injuries and damages suffered by Plaintiff.

11. The injuries and damages sustained by Plaintiff were within the scope of Defendant Walmart's liability.

12. Defendant Walmart is responsible for the negligent acts and omissions of Walmart employees, whose negligent acts and omissions were done within the course and scope of their employment with Defendant Walmart.

13. As a result of the negligence of Defendant Walmart and its agents and employees, Plaintiff has suffered and will in the future continue to suffer injuries and damages.

WHEREFORE, Plaintiff Cristopher Bulten, prays for judgment against Defendant Walmart in an amount that will fully, fairly and adequately compensate him for the injuries and damages sustained in this incident, together with interest as provided for by law, the costs of this action, and such other and further relief as is just.

## COUNT II – PREMISES LIABILITY

Plaintiff repleads paragraphs 1 through 13 as if fully set forth herein.

14. Defendants knew, or in the exercise of reasonable care should have known, of a condition on the premises and that it involved an unreasonable risk of injury to a person in Plaintiff's position.

15. The Defendants and their agents and employees knew, or in the exercise of reasonable care should have known:

    (a) The Plaintiff would not discover the condition; or,

    (b) The Plaintiff would not realize the condition presented an unreasonable risk of injury; or,

    (c) The Plaintiff would not protect himself from the condition.

16. The Defendants were generally negligent.

17. Defendants were specifically negligent in one or more of the following particulars:

    (a) Failing to keep premises safe;

    (b) Failing to place rugs or other anti-slip devices;

    (c) Failing to properly supervise its employees;

    (d) Failing to properly train its employees;

(e) Violating city ordinances regarding maintenance of property;

(f) In other manners to be determined throughout the course of discovery.

18. As a result of the negligence of the Defendants, Cristopher Bulten has suffered and will in the future continue to suffer injuries and damages.

19. The negligence of the Defendants was a cause of the injuries and damages sustained by Christopher Bulten.

WHEREFORE, Plaintiff Cristopher Bulten prays for judgment against Defendant Walmart in an amount that will fully, fairly, and adequately compensate him for the injuries and damages, together with interest as provided for by law, and the costs of this action.

### JURY DEMAND

Plaintiff requests a jury trial on all issues triable to a jury.

*/s/ Benjamin P. Long*
Benjamin P. Long AT0010155

*/s/ Anna L. Vacanti*
Anna L. Vacanti AT0015793

**RSH LEGAL**
425 2nd St SE, Suite 1140
Cedar Rapids, IA 52401
Phone: (319) 365-9200
Fax: (319) 365-1114
blong@fightingforfairness.com
avacanti@fightingforfairness.com
ATTORNEYS FOR PLAINTIFF

Original filed.

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| CRISTOPHER BULTEN, | ) |
| | ) |
| Plaintiff, | ) LAW NO. |
| | ) |
| vs. | ) |
| | ) **ORIGINAL NOTICE** |
| WALMART INC., and WAL-MART REAL ESTATE BUSINESS TRUST, | ) |
| | ) |
| Defendants. | ) |

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby notified that there is now on file in the office of the clerk of the above court a petition in the above-entitled action, a copy of which petition is attached hereto.  THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.  Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption for the court, you must file your Appearance and Answer electronically.  You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM: http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURTS RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

The Plaintiff's attorneys are Benjamin P. Long and Anna Vacanti whose address is Suite 1140, 425 Second Street SE, Cedar Rapids, Iowa, 52401; (319) 365-9200.

You are further notified that unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter e-file a motion or answer, in the Iowa District Court for Johnson County, at the courthouse in Iowa City, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 356-6032 and ask for Paula Underwood or email paula.underwood@iowacourts.gov.

Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

NOTE:  The attorney who is expected to represent the defendant should be promptly advised by defendants of the service of this notice.

# Iowa Judicial Branch

Case No. **LACV085540**
County **Johnson**

Case Title   CRISTOPHER BULTEN VS. WALMART ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **07/31/2024 02:19:40 PM**



District Clerk of Court or/by Clerk's Designee of  Johnson           County
 /s/ Christine Roselund

E-FILED  2024 AUG 02 2:25 PM JOHNSON - CLERK OF DISTRICT COURT

# AFFIDAVIT OF
# RETURN OF SERVICE

**STATE OF IOWA**  CASE #LACV085540

**JOHNSON COUNTY**

**CASE NAME:**    **CHRISTOPHER BULTEN**

**VS**

**WALMART, INC. AND WAL-MART REAL ESTATE BUSINESS TRUST**

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the **ORIGINAL NOTICE; PETITION AT LAW**

Received on the 31 day July 2024; served on the 1 day of August, 2024 at 9:55am

I served the same on the within name Walmart Inc.
At 400 E Court Avenue, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____   I served the same by delivering a copy thereof to the above personally.

_____   I served the same on the above person at the person's dwelling house or usual place of abode, by there delivering a copy thereof to a member of the family, or a manager, clerk, proprietor or custodian named and described below, a person who was then at least eighteen years old, who resides at this address.

__X__   I served to above person, company, corporation, etc., by delivering a copy to the person named and described below. Said service was made at the address shown below, if any otherwise at the above address.

Service Fee  _____    Located at  _____

Mileage  _____    Remarks   c/o CT Corporation System, Registered Agent
Served Melissa Millang

Service Charge  _____

Total Charges:  $45.00              By: _____
                                    C Miller Investigations, Inc.

Subscribed and sworn to before by the said Raymond Miller
In Polk County, Iowa on this the 2 day of August 2024

                                    By: _____
                                    Notary Public for the State of Iowa



DONNA C. RAY
Commission Number 781706
My Commission Expires
December 6, 2025

IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| CRISTOPHER TOD BULTEN<br><br>Plaintiff(s)/Petitioner(s),<br><br>VS.<br><br>WALMART INC<br>WALMART REAL ESTATE BUSINESS TRUST<br><br>Defendant(s)/Respondent(s). | CASE NO: 06521  LACV085540<br><br>**NOTICE OF CIVIL TRIAL-<br>SETTING CONFERENCE** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a **Trial Scheduling Conference is scheduled on 10/08/2024 at 10:00 AM  at the Johnson County Courthouse, Iowa City, Iowa.**

This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/Respondent has answered or appeared unless set sooner by special order on application of one or more parties.

This conference shall be held:
**By TELEPHONE with the conference call to be initiated by Plaintiff(s).  The court administrator shall be connected to the call at 319-356-6070, Ext. 3313.**

Attorneys for all parties appearing in the case shall participate at this conference as well as unrepresented defendants who have also appeared.

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

The trial date that is agreed upon at this conference shall be a firm date.  Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

Dated 08/26/24

E-FILED         LACV085540 - 2024 AUG 26 10:38 AM         JOHNSON
                CLERK OF DISTRICT COURT                  Page 2 of 3

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 398-3920 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| LACV085540 | CRISTOPHER BULTEN VS. WALMART ET AL |
| **Type:** | ORDER FOR TRIAL SCHEDULING CONFERENCE |

So Ordered

Erica Beason, Case Coordinator,
Sixth Judicial District of Iowa

Electronically signed on 2024-08-26 10:38:42